```
 1  Teresa M. Corbin (SBN 132360)
    HOWREY LLP
 2  525 Market Street, Suite 3600
    San Francisco, California 94105
 3  Telephone: (415) 848-4900
    Facsimile: (415) 848-4999
 4  Email: corbint@howrey.com
 5
 6
 7  Attorneys for Defendant CHI MEI
    OPTOELECTRONICS CORP., et al.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SEMICONDUCTOR ENERGY LABORATORY CO., LTD., | ) | Case No. C 07-01667 MHP |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION & [PROPOSED] ORDER TO EXTEND TIME FOR NON-FUNAI DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| vs. | ) | |
| CHI MEI OPTOELECTRONICS CORP., et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to Federal Rule of Civil Procedure 4(d), Defendant Chi Mei Optoelectronics Corp. ("CMO") has agreed to waive service of process of the summons in this case. In consideration of this waiver, Plaintiff Semiconductor Energy Laboratory Co. Ltd. has agreed that Defendants CMO, Chi Mei Optoelectronics USA, Inc., Soyo Group, Inc., and Wal-Mart Stores, Inc. (collectively "non-Funai Defendants") shall have 90 days to answer or otherwise respond to the Complaint. By waiving service of summons, the non-Funai Defendants are not waiving any defense or challenge to jurisdiction.

The parties also agree to modify the initial case management order in this case and respectfully request the court to grant changes to the case management order as follows:

//

**Case Schedule – ADR Multi-Option Program**

| Date | Event | Governing Rule |
|---|---|---|
| 3/22/2007 | Complaint Filed | |
| 7/12/2007 | Last day for non-Funai Defendants to file Answers or otherwise respond to Complaint | FRCivP 4(d) & agreement of parties |
| 9/3/2007 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP_26(f) & ADR L.R.3-5 |
| | • file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil_L.R. 16-8 |
| 9/17/2007 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1)<br>Civil _L.R . 16-9 |
| 9/24/2007 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm 15, 18th Floor, SF at 4:00 PM | Civil _L.R. 16-10 |

The electronic filer hereby attests that the individuals whose names appear below have signed this document. *See* General Order 45, Section X.

Respectfully submitted,

Dated: April 16, 2007       HOWREY LLP
                            Teresa M. Corbin
                            corbint@howrey.com
                            525 Market Street, Suite 3600
                            San Francisco, CA  94105-2708
                            Telephone: (415) 848-4900
                            Facsimile: (415) 848-4999

                            By:_____/s/_____
                                       Teresa M. Corbin
                            Attorneys for Defendants
                            CHI MEI OPTOELECTRONICS CORP.
                            CHI MEI OPTOELECTRONICS CORP. USA, INC.

| | | |
|---|---|---|
| 1 | Dated: April 16, 2007 | RICHARDSON & PATEL LLP |
| 2 | | Robert L. Meylan |
| | | rmeylan@richardsonpatel.com |
| 3 | | 10900 Willshire Blvd., Ste. 500 |
| | | Los Angeles, CA 90024 |
| 4 | | Telephone: (310) 2108-1182 |
| | | Facsimile: (310) 208-1154 |

By: _____/s/_____
Robert L. Meylan
Attorneys for Defendant
SOYO GROUP, INC.

Dated: April 16, 2007                WILMER CUTLER PICKERING HALE & DORR LLP
Thomas P. Olson
thomas.olson@wilmerhale.com
1857 Pennsylvania Ave. NW
Washington, DC 20006
Telephone: (202) 663-6651
Facsimile: (202) 663-6363
Mark Selwyn
mark.selwyn@wilmerhale.com
1117 California Ave
Palo Alto, CA 94304
Telephone: (650) 858-6031
Facsimile: (650) 858-6100

By: _____/s/_____
Thomas P. Olson
Mark Selwyn
Attorneys for Defendant
WAL MART STORES, INC.

Dated: April 16, 2007                JENNER & BLOCK LLP
Donald R. Harris
dharris@jenner.com
Stanley A. Schlitter
sschlitter@jenner.com
Terrence J. Truax
ttruax@jenner.com
Reginald J. Hill
rhill@jenner.com
330 N. Wabash Ave.
Chicago, IL 60611
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

By: _____/s/_____
Stanley A. Schlitter
Attorneys for Plaintiff
SEMICONDUCTOR ENERGY LABORATORY CO., LTD.

**[PROPOSED] ORDER**

The Court, having considered the issues presented by the parties, Defendants Chi Mei Optoelectronics Corp., Chi Mei Optoelectronics USA, Inc., Soyo Group, Inc., Wal-Mart Stores, Inc., (Collectively, "non-Funai Defendants") and Plaintiff Semiconductor Energy Laboratory Co., Ltd. it is **HEREBY ORDERED** that the initial case management order entered by this court on March 22, 2007 be modified as follows:

**Case Schedule – ADR Multi-Option Program**

| Date | Event | Governing Rule |
|---|---|---|
| 3/22/2007 | Complaint Filed | |
| 7/12/2007 | Last day for non-Funai Defendants to file Answers or otherwise respond to Complaint | FRCivP 4(d) & agreement of parties |
| 9/3/2007 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP_26(f) & ADR L.R.3-5 |
| | • file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil_L.R. 16-8 |
| 9/17/2007 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1) Civil _L.R . 16-9 |
| 9/24/2007 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm 15, 18th Floor, SF at 4:00 PM | Civil _L.R. 16-10 |

IT IS SO ORDERED:

Dated: 4/17/2007     By:_____
Honorable
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*