1  **[APPEARANCES LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEMICONDUCTOR ENERGY LABORATORY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHI MEI OPTOELECTRONICS CORP., CHI MEI OPTOELECTRONICS USA, INC., FUNAI ELECTRIC CO., LTD., FUNAI CORP., INC., SOYO GROUP, INC. and WAL-MART STORES, INC., <br><br> Defendants. | Case No. C 07 1667 MHP <br><br> **STIPULATION TO EXTEND TIME FOR THE FUNAI DEFENDANTS TO RESPOND TO THE COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 4(d), Defendant Funai Electric Company, Ltd. has agreed to waive service of process of the summons in this case. In consideration of this waiver, Plaintiff Semiconductor Energy Laboratory Co., Ltd. has agreed pursuant to Federal Rule of Civil Procedure 12 and Civil Local Rule 6-1(a) that the last day for Defendants Funai Electric Company, Ltd. and Funai Corporation, Inc. to respond to the Complaint on file in this action shall be July 12, 2007. By waiving service of summons, Defendants are not waiving any defense or challenge to jurisdiction. This continuance does not affect any events or deadlines set by the Court.

The electronic filer hereby attests that the individuals whose names appear below have signed this document.

Respectfully submitted,

Dated: April 20, 2007

WEIL, GOTSHAL & MANGES LLP
STEVEN A. REISS
E-Mail: steven.reiss@weil.com
767 Fifth Ave
New York, NY  10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007


WEIL, GOTSHAL & MANGES LLP
CHRISTOPHER J. COX (Bar No. 151650)
E-Mail:  chris.cox@weil.com
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100


By_____/s/_____
Christopher J. Cox
Attorneys for Defendants
FUNAI ELECTRIC CO., LTD. and
FUNAI CORP., INC.

1  Dated: April 20, 2007
2 
                                                      KRIEG, KELLER, SLOAN, REILLY & ROMAN LLP
Kenneth E. Keller
kkeller@kksrr.com
114 Sansome St., Ste. 400
San Francisco, CA 94104-3898
Telephone: (415) 249-8330
Facsimile: (415)249-8333

JENNER & BLOCK, LLP
Donald R. Harris (*pro hac vice*)
dharris@jenner.com
Stanley A. Schlitter (*pro hac vice*)
sschlitter@jenner.com
330 N. Wabash Ave.
Chicago, IL 60611
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

By_____/s/_____
Stanley A. Schlitter
Attorneys for Plaintiff,
SEMICONDUCTOR ENERGY LABORATORY CO., LTD.

April 24, 2007

IT IS SO ORDERED

Judge Marilyn H. Patel

(Seal: UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA)

---

STIPULATION TO EXTEND TIME FOR THE FUNAI
DEFENDANTS TO RESPOND TO COMPLAINT      2      Case No. C 07 1667 MHP
SV1:\269536\02\5rz402!.DOC\99980.1100